**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| **KELVIN STEWART**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:18-cv-05219-JCJ |
| | ) |
| **AMERICAN AIRLINES, INC.**, | ) |
| | ) |
| Defendant. | ) |

_____)

## ORDER

**AND NOW**, this _____ day of _____, 2019, upon consideration of

Defendant American Airlines, Inc.'s Motion to Partially Dismiss Plaintiff's Complaint (the

"Motion"), any responses thereto, and oral argument, if any, it is hereby

**ORDERED** and **DECREED** that the Motion is **GRANTED** and Counts V, VII, and IX

of Plaintiff's Complaint are **DISMISSED**.  Count VIII of Plaintiff's Complaint also is

**DISMISSED** to the extent it contains claims of hostile work environment.


**BY THE COURT:**


_____
**J. CURTIS JOYNER**
**SENIOR UNITED STATES DISTRICT JUDGE**